IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-10204

Summary Calendar

_____

GEORGE S ROBERTSON,

                                        Plaintiff-Appellant,

versus

UNITED STATES DEPARTMENT OF DEFENSE;
WILLIAM S COHEN, Secretary,
United States Department of Defense;
U S DEPARTMENT OF ARMY;
TOGO D WEST, JR, Secretary,
United States Department of the Army,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
For the Northern District of Texas
(4:96-CV-772)

_____

January 9, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

       We affirm for the reasons stated by the district court in his

Memorandum Opinion and Order filed February 10, 1997.

_____

       [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.